**Order entered September 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00016-CV

### NANCY RANGEL, Appellant

### V.

### MCMACKIN-BEAM REVOCABLE TRUST, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05738-B**

## ORDER

On August 12, 2014, appellant filed her appellate brief. In a letter dated August 25, 2014, the Court notified appellant that her brief was defective and instructed her to file an amended brief by September 4, 2014 curing the noted deficiencies. Rather than file an amended brief, appellant filed a motion for extension of time to file petition for review. In her motion, appellant states that this Court rendered its opinion and judgment in this case on August 25, 2014. This is incorrect. The Court requested that appellant file an amended brief correcting the noted deficiencies.

Accordingly, we treat appellant's motion as a motion for an extension of time to file an amended brief. We **GRANT** the motion. Appellant shall **on or before SEPTEMBER 30, 2014**, file an amended brief that complies with rule of appellate procedure 38.1. *See* TEX. R.

APP. P. 38.1.  We caution appellant that if she fails to file an amended brief on or before **SEPTEMBER 30, 2014**, the Court may dismiss the appeal for want of prosecution without further notice.  *See* TEX. R. APP. P. 42.3(b) & (c).

/s/    CRAIG STODDART
       JUSTICE